UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAKIRA DAWSON,

                    Plaintiff,

      -v-                                     18-CV-1044 (JMF)

ROBERT JOHNSON, et al.,                      ORDER

                    Defendants.
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court previously ordered that "Counsel for the City of New York shall provide a status update . . . every month" concerning the underlying criminal proceedings. ECF No. 27. Counsel is relieved of that obligation. Instead, going forward, counsel shall provide a status update on **April 1, 2021**, and **every three months thereafter**. Further, counsel shall promptly advise the Court if the criminal proceedings terminate or if there are any other material developments.

      SO ORDERED.

Dated: March 12, 2021
       New York, New York

                                          JESSE M. FURMAN
                                     United States District Judge