UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SHAKIRA DAWSON et al.,                                               :
:
                Plaintiffs,              :           18-CV-1044 (JMF)
:
      -v-                                                            :           ORDER
:
THE CITY OF MOUNT VERNON et al.,                                     :
:
                Defendants.             :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 115, Defendants' earlier motions to dismiss filed at ECF Nos. 96-97 are hereby DENIED as moot.  Plaintiffs' oppositions to the new motion to dismiss are due by **February 13, 2023**.  Defendants' reply, if any, is due by **February 21, 2023**.

       The Clerk of Court is directed to terminate ECF Nos. 96 and 97.

       SO ORDERED.

Dated: January 31, 2023                       _____
       New York, New York                              JESSE M. FURMAN
                                                 United States District Judge