UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SHAKIRA DAWSON et al.,                                            :
:
                Plaintiffs,                       :
:      18-CV-1044 (JMF)
    -v-                                                       :
:      ORDER
DETECTIVE JOHN GAMBLE et al.,                                     :
:
                Defendants.                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Plaintiff Dawson's deadline to file her Third Amended Complaint ("TAC") was December 6, 2023. Since then, Plaintiff Dawson's counsel has filed the TAC no fewer than four times, *see* ECF Nos. 131, 132, 135, 136, only for each filing to be deemed "deficient" by the Clerk. Plaintiff Johnson also made a "deficient" filing of his Second Amended Complaint ("SAC") but re-filed it on December 20, 2023. Plaintiffs should promptly contact the ECF Help Desk and resolve any outstanding filings errors by **January 5, 2024**. Further, Plaintiffs should be more attentive to ECF filing requirements going forward.[1]

        SO ORDERED.

Dated: December 26, 2023
       New York, New York
                                           JESSE M. FURMAN
                                           United States District Judge

---

[1] Defendants filed Answers to both Dawson's TAC and Johnson's SAC on December 21, 2023, *see* ECF Nos. 138, 139, a day later than the December 20, 2023 deadline, *see* ECF No. 130. While their Answers are deemed timely, the Court is unlikely to extend such courtesy to any future late filings.