UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHAKIRA DAWSON and ROBERT JOHNSON,

                            Plaintiffs,                        **18 Civ. 1044 (JMF) (GS)**

              -against-                              **PRE-SETTLEMENT CONFERENCE ORDER**

DETECTIVE JOHN GAMBLE,
DETECTIVE ANTHONY BURNETT,
POLICE OFFICER KAREEM LLOYD,
POLICE OFFICER DANTE CHISOLM,
DETECTIVE OSVALDO MEDINA,
POLICE OFFICER 1-4, POLICE
OFFICER MALIK BURTS, POLICE
OFFICER ALISSA RHODES, POLICE
OFFICER JOSE CENTENO, POLICE
OFFICER ANDRES SANCHEZ, POLICE
OFFICER BILLY EXARHAKOS, POLICE
OFFICER CHANTI JOHNSON, THE
CITY OF MOUNT VERNON, NYPD,
LIEUTENANT JOSEPH HUNCE,
POLICE OFFICER JOHN DOE and
MOUNT VERNON POLICE
DEPARTMENT,

                            Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference for **Monday, April 1, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 479 968 841#.**

      SO ORDERED.

DATED:     New York, New York
                March 29, 2024

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge