UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHAKIRA DAWSON and ROBERT JOHNSON,

                        Plaintiffs,

        -against-

DETECTIVE JOHN GAMBLE,
DETECTIVE ANTHONY BURNETT,
POLICE OFFICER KAREEM LLOYD,
POLICE OFFICER DANTE CHISOLM,
DETECTIVE OSVALDO MEDINA,
POLICE OFFICER 1-4, POLICE OFFICER MALIK BURTS, POLICE OFFICER ALISSA RHODES, POLICE OFFICER JOSE CENTENO, POLICE OFFICER ANDRES SANCHEZ, POLICE OFFICER BILLY EXARHAKOS, POLICE OFFICER CHANTI JOHNSON, THE CITY OF MOUNT VERNON, NYPD, LIEUTENANT JOSEPH HUNCE, POLICE OFFICER JOHN DOE and MOUNT VERNON POLICE DEPARTMENT,

                        Defendants.
-----------------------------------------------------------------X

18 Civ. 1044 (JMF) (GS)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Monday, April 15, 2024 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Wednesday, April 10, 2024**.

      SO ORDERED.

DATED:    New York, New York
             April 1, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge