# THE QUINN LAW FIRM

**399 KNOLLWOOD ROAD, SUITE 220**
**WHITE PLAINS, NEW YORK 10603**
Tel: 914.997.0555
Fax: 914.997.0550

May 7, 2024

*Via ECF*
Judge Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Dawson, et al. v. City of Mount Vernon, et al.***
 <u>**Docket No: 18-CV-01044 (JMF)**</u>

Dear Judge Furman:

As the Court is aware, the undersigned and The Quinn Law Firm, PLLC represent the City of Mount Vernon, and the individually named Defendants in the above-referenced matter.

We write to report that the parties have reached a global resolution of this case. Accordingly, all parties request that all deadlines and proceedings be adjourned sine die pending consummation of the settlement.

The parties extend their gratitude to Magistrate Judge Stein, whose assistance facilitated the parties' eventual agreement.

The parties thank the Court for its time and attention to these matters.

Respectfully submitted,

The Quinn Law Firm PLLC
*Attorneys for Defendants*

*Steven Bushnell*

———————————————
Steven J. Bushnell, Esq.