UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SHAKIRA DAWSON et al., :
:
                   Plaintiffs, :
:
            -v- : 18-CV-1044 (JMF)
:
DETECTIVE JOHN GAMBLE et al., : ORDER OF DISMISSAL
:
                  Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 148 that "all parties" have reached a "global resolution," it is ORDERED that the above-entitled actions — including both the lead action filed by Plaintiff Shakira Dawson and the consolidated action filed by Plaintiff Robert Johnson as Docket No. 18-CV-4083 prior to consolidation — be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: May 8, 2024
       New York, New York

                                                       _____
                                                            JESSE M. FURMAN
                                                     United States District Judge